[No. 6445–6–II.   Division Two.   June 27, 1984.]

DAYLE GODSEY, ET AL, *Respondents,* v. JACK R.
SWEETSER, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific
County, No. 21005, Herbert E. Wieland, J., entered July 2,
1982. *Reversed* and *remanded* by unpublished opinion per
Worswick, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 6410–3–II.   Division Two.   June 27, 1984.]

ELMER A. RICHARDSON, *Respondent,* v. GARY D.
MOORE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 298217, E. Albert Morrison, J., entered June
18, 1982. *Affirmed* by unpublished opinion per Worswick,
J., concurred in by Petrich, C.J., and Petrie, J.

[No. 6036–1–II.   Division Two.   June 27, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
ALLEN SCOTT, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 81–1–00040–4, John H. Kirkwood, J.,
entered December 11, 1981. *Affirmed* by unpublished opin-
ion per Petrich, C.J., concurred in by Petrie and Worswick,
JJ.